FRANK WORK et al., Appellants, *v.* MILES BEACH, Respondent.

(Argued December 9, 1891; decided December 23, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 13, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Henry S. Bennett* for appellants.

*Augustus C. Brown* for respondent.

Agree to affirm on opinions below.
All concur.
Judgment affirmed. _____